B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Newland International Properties, Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Trump Ocean Club | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>Calle 53 Obarrio, Plaza 53<br>Panama City, Republic of Panama<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Panama City, Republic of Panama | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>New York, New York | ZIP CODE 10018 |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☑ A plan is being filed with this petition.
- ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

B1 (Official Form 1) (12/11)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Newland International Properties, Corp. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: None | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                  Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Newland International Properties, Corp. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br>J. Eric Wise<br>Printed Name of Attorney for Debtor(s)<br>Gibson, Dunn & Crutcher LLP<br>Firm Name<br>200 Park Avenue<br>New York, NY 10166-0193<br>Address<br>(212) 351-4000<br>Telephone Number<br>04/30/2013<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Carlos A. Saravia<br>Printed Name of Authorized Individual<br>Chief Operating Officer<br>Title of Authorized Individual<br>04/30/2013<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**GIBSON, DUNN & CRUTCHER LLP**
J. Eric Wise
Shira D. Weiner
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Proposed Attorneys for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
IN RE:                                  :     **Chapter 11**
:
**NEWLAND INTERNATIONAL**               :     **Case No.** _____
**PROPERTIES, CORP.**                   :
:
**Debtor.**                         :
:
------------------------------------------------------------ x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| SHAREHOLDER | ADDRESS OF SHAREHOLDER | APPROXIMATE PERCENTAGE OF SHARES HELD |
|---|---|---|
| Ocean Point Development Corp. | Trump Ocean Club International Hotel & Tower, 9th floor Punta Colon Street, Punta Pacifica Panama, Panama | 100% |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Carlos A. Saravia, the duly qualified and authorized signatory of Newland International Properties, Corp., declare under penalty of perjury that I have reviewed the Corporate Ownership Statement and it is true and correct to the best of my information and belief.

Dated:  New York, New York
       April 30, 2013

By: _____
Carlos A. Saravia
Title: Chief Operating Officer

2

**GIBSON, DUNN & CRUTCHER LLP**
J. Eric Wise
Shira D. Weiner
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Proposed Attorneys for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| NEWLAND INTERNATIONAL PROPERTIES, CORP. | Case No. _____ |
| Debtor. |  |

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor (the "***Debtor***") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is a list of the Debtor's creditors holding the 20 largest unsecured claims (the "***Creditors List***") based on the Debtor's books and records as of approximately April 25, 2013. The Creditors List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(4) of the Local Rules of Bankruptcy Procedure for filing in this chapter 11 case. The Creditors List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.

| | NAME OF CREDITOR | COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (Bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | ESTIMATED AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1. | Trump Marks Panama LLC | 725 Fifth Avenue, 26th Floor, New York, NY 10022, Attn: Mike Straube | Commissions and Expense Reimbursements | | $15,300,000 |
| 2. | Global Realty Investments, S.A. | Torre Global Suite 3501 Calle 50 y Calle 58 Este Panama City, Panama Attn: Gary Lundgren | Bulk Purchase Option Fee | Contingent | $7,572,447 |
| 3. | Opcorp Aresa International, Inc. | Calle Punta Colon Punta Pacifica, Panama City, Panama, Attn: Francisco Franco | Trade Debt | | $4,787,742 |
| 4. | Kassir Development | Av. Ricardo Arango y Calle 61 Obarrio, Panama City, Panama. PO BOX 0816-01832 | Commissions | | $2,022,274 |
| 5. | Marvin Traub Associates | 410 Park Avenue Suite 910 New York, NY 10022 Attn: Mortimer Singer | Commissions | | $1,250,000 |
| 6. | Komco International Corp. | Av. Calle 82 No. 10-33 Piso 10, Bogota, Colombia, Attn: Martha Amaya | Commissions | Disputed | $612,760 |
| 7. | P.H. TOC | Calle Punta Colon Punta Pacifica Panama City, Panama Attn: Mark Stevenson | Pass-through Charge | | $350,291 |
| 8. | P.B. (Unit Buyer 3416) | | Purchase Deposit | Contingent | $278,711 |

2

| | | | | | |
|---|---|---|---|---|---|
| 9. | G.P. (Unit Buyer 1906) | | Purchase Deposit | Contingent | $259,900 |
| 10. | G.T. (Unit Buyer 5202) | | Purchase Deposit | Contingent | $255,000 |
| 11. | C.J. (Unit Buyer 313, 602) | | Purchase Deposit | Contingent | $247,401 |
| 12. | Z.E. (Unit Buyer 5108) | | Purchase Deposit | Contingent | $236,085 |
| 13. | F.M. (Unit Buyer 4807) | | Purchase Deposit | Contingent | $220,229 |
| 14. | K.C. (Unit Buyer 4906) | | Purchase Deposit | Contingent | $214,207 |
| 15. | P.G. (Unit Buyer S-06) | | Purchase Deposit | Contingent | $206,199 |
| 16. | T.I. (Unit Buyer 4201) | | Purchase Deposit | Contingent | $203,118 |
| 17. | A.B. (Unit Buyer Of. 806, Of. 807, Of. 808) | | Purchase Deposit | Contingent | $189,000 |
| 18. | A.F. (Unit Buyer 4204) | | Purchase Deposit | Contingent | $152,070 |
| 19. | N.S. (Unit Buyer 4407) | | Purchase Deposit | Contingent | $137,528 |
| 20. | F.C. (Unit Buyer 5007) | | Purchase Deposit | Contingent | $133,900 |

* Unit buyer contact information confidential for consumer privacy protection.

3

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Carlos A. Saravia, the duly qualified and authorized signatory of Newland International Properties, Corp., declare under penalty of perjury that I have reviewed the List of Creditors Holding the 20 Largest Unsecured Claims and it is true and correct to the best of my information and belief.

Dated: New York, New York
April 30, 2013

By: Carlos A. Saravia
Title: Chief Operating Officer

# MINUTES OF THE MEETING OF BOARD OF DIRECTORS OF

# NEWLAND INTERNATIONAL PROPERTIES, CORP

A Board of Director's meeting of **NEWLAND INTERNATIONAL PROPERTIES CORP.**, a company duly incorporated in Panama, Republic of Panama, duly registered at the Public Registry at Micro jacket 521258, Document 929232 (hereinafter the "*Company*"), was held by means of electronic communication, on March 21st, 2013.

There were present or duly represented at the meeting: **ROGER KHAFIF, CARLOS SERNA LONDOÑO and EDUARDO SARAVIA CALDERON**, being the total members of the Board of Directors.

Presiding the meeting was Mr. **ROGER KHAFIF** Chairman of the Company, and Mr. **EDUARDO SARAVIA CALDERON** Secretary of the Company, acted as Secretary of this meeting.

The Chairman informed the rest of the board members that after reviewing and considering the financial and legal supportive documents related to the current financial condition of the Company, including its liquidity and liabilities, it was in the best interests of the Company to commence the solicitation of a pre-packaged plan of reorganization (the "*Pre-Packaged Plan*") under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), and to file a bankruptcy petition in furtherance thereof.

It was also explained by the Secretary of the Company that, even though it is a Panamanian company, it has business and legal liaisons to the United States of America, in particular (i) the 9.5% Senior Secured Notes due 2014 governed under New York Law that will be the principal liability restructured pursuant to the Pre-Packaged Plan, and (ii) certain significant bank accounts and banking relations in New York. On advice of U.S. counsel to the Company, the Secretary of

the Company also explained that the Company has jurisdiction to file a bankruptcy petition in the relevant federal courts in the City of New York, State of New York.

To conclude, the Chairman declared that the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company.

Whereupon, on motion duly made, seconded and unanimously agreed upon the following resolution were

**A D O P T E D:**

**FIRST:    VOLUNTARY    PETITION    UNDER    THE    PROVISIONS    OF CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code and the Board of Directors hereby authorizes the Company to file a bankruptcy petition with the United States Bankruptcy Court for the Southern District of New York;

RESOLVED FURTHER, that the Board of Directors hereby ratifies any and all actions taken by the Company in connection with the Company's (i) commencing solicitation of votes to accept the Pre-Packaged Plan, which actions include distribution of the disclosure statement, the Pre-Packaged Plan, and all exhibits thereto, in each case substantially in the form reviewed by the Board of Directors, and any necessary or appropriate actions taken by the Company related

2

thereto and (ii) executing a support agreement in relation to the Pre-Packaged Plan, and the Board of Directors hereby authorizes the Company to file the Pre-Packaged Plan and the related disclosure statement and all exhibits thereto or documents relating thereto or in connection therewith, including, without limitation, any and all orders, agreements, motions and other documents as are necessary and proper, with the United States Bankruptcy Court for the Southern District of New York in connection with the Pre-Packaged Plan solicitation and confirmation processes;

**SECOND:** **APPOINTMENT OF ATTORNEY IN FACT**

BE IT RESOLVED, that each of CARLOS ALBERTO SARAVIA CALDERON, EDUARDO SARAVIA CALDERON and /or ROGER KHAFIF be hereby appointed as the Company's lawful Attorney-in-Fact (each, an "***Appointed Attorney-in-Fact***" and collectively, the "***Appointed Attorneys-in-Fact***"), and in such capacity, acting two (2) of them together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, applications, pleadings, and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses;

**THIRD:** **RETENTION OF PROFESSIONALS**

BE IT RESOLVED, that any Appointed Attorney-in-Fact be, and hereby is, authorized and directed to direct the retention of the law firm of **Gibson, Dunn & Crutcher LLP** with domicile at 200 Park Avenue, New York, New York 10166, as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and under the Pre-Packaged Plan, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, orders, agreements, motions, and other documents as are necessary and proper; and in connection therewith, any Appointed

3

Attorney-in-Fact, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of **Gibson, Dunn & Crutcher LLP**;

RESOLVED FURTHER, that any Appointed Attorney-in-Fact be, and hereby is, authorized and directed to direct the retention of the firm of **GAPSTONE LLC** with domicile at 1140 Avenue of the Americas, 9th Floor, New York, New York as investment banker and financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code and the Pre-Packaged Plan, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, any Appointed Attorney-in-Fact, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of **GAPSTONE LLC**;

RESOLVED FURTHER, that any Appointed Attorney-in-Fact be, and hereby is, authorized and directed to direct the retention of the firm of **Epiq Bankruptcy Solutions, LLC** as notice, claims, balloting, and tabulation agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code and the Pre-Packaged Plan, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, any Appointed Attorney-in-Fact, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of **Epiq Bankruptcy Solutions, LLC**;

RESOLVED FURTHER, that any Appointed Attorney-in-Fact be, and hereby is, authorized and directed to direct the retention of the firm of ACGM Inc. as plan solicitation agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code and the Pre-Packaged Plan, and to take any and all

actions to advance the Company's rights and obligations; and in connection therewith, any Appointed Attorney-in-Fact, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of ACGM Inc.;

RESOLVED FURTHER, that any Appointed Attorney-in-Fact be, and hereby is, authorized and directed to direct the retention of any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and the Pre-Packaged Plan; and in connection therewith, any Appointed Attorney-in-Fact, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**FOURTH:**  **CASH COLLATERAL AGREEMENT**

RESOLVED FURTHER, that in connection with the commencement of the chapter 11 case by the Company, any Appointed Attorney-in-Fact be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver agreements for the use of cash collateral in connection with the Company's Chapter 11 case, which agreement(s) may require the Company to acknowledge the debt and liens of existing loans, grant liens and claims and make payments to the Company's existing lender(s), and to take such additional action and to execute and deliver each other agreement, instrument, or document, to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Appointed Attorney-in-Fact approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

**FIFTH:**  **GENERAL**

5

RESOLVED FURTHER, that any Appointed Attorney-in-Fact be, and hereby is, authorized and empowered, with power of delegation, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED FURTHER, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

ROGER KHAFIF
PRESIDENT

EDUARDO SARAVIA CALDERON
SECRETARY

CARLOS SERNA LONDOÑO
TREASURER

The undersigned, **EDUARDO SARAVIA CALDERON,** Secretary of the meeting hereby certifies that the above is a true copy of the minutes of the meeting of the Board of Directors of **NEWLAND INTERNATIONAL PROPERTIES**, held through electronically communication media, on the twenty first (21st) day of March of 2013.

EDUARDO SARAVIA CALDERON
SECRETARY

6