## SCHEDULE 1

### Prepetition Ad Hoc Committee

Pursuant to Local Bankruptcy Rule 1007-2(a)(3), the following provides a brief description of the circumstances surrounding the formation of a committee organized prior to the order for relief in this chapter 11 case and the date of its formation.  Additionally, the following sets forth counsel to the committee as well as a list of committee members and their addresses.

In November 2011, a steering group (the "***Steering Group***") of holders of the 9.50% senior secured notes due 2014, issued pursuant to that certain Indenture, dated November 7, 2007 (the "***Prepetition Senior Secured Notes***") was formed in response to the Debtor's default of payment obligations with respect to the Prepetition Senior Secured Notes.  The Steering Group is represented by Seward & Kissel LLP, Attn:  John Ashmead, Esq., One Battery Park Plaza, New York, NY 10004, Tel: (212) 574-1366.

|   | NAME OF MEMBER | MAILING ADDRESS |
|---|---|---|
| 1. | Unit Trust Corporation | 82 Independence Square, Port of Spain, Trinidad |
| 2. | Moneda Asset Management | Av. Isidora Goyenechea 3621, Piso 8, Las Condes Santiago, Chile |
| 3. | Polo Capital | Av. Ataulfo de Paiva 204  10$^{\circ}$ Andar, Rio de Janeiro, RJ22440-033 Brazil |
| 4. | Greylock Capital | 99 Park Avenue, #1100, New York, NY 10016 |

## SCHEDULE 2

### List of Creditors Holding the 20 Largest Unsecured Claims

Pursuant to Local Bankruptcy Rule 1007-2(a)(4), the following is a list of the 20 largest unsecured creditors (the "*Creditors List*") which was based on the Debtor's books and records as of April 25, 2013.  The Creditors List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure and does not include (1) persons who come within the definition of "insider" as set forth in 11 U.S.C. § 101, (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim or (3) claims held by any of the Debtor's employees.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is it binding on, the Debtor.  The Debtor reserves all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt.  In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

| | NAME OF CREDITOR* | COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (*Bond debt, trade debt, bank loan, government contracts, etc.*) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF | ESTIMATED AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 1. | Trump Marks Panama LLC | 725 Fifth Avenue, 26th Floor, New York, NY 10022, Attn: Mike Straube | Commissions and Expense Reimbursements | | $15,300,000 |
| 2. | Global Realty Investments, S.A. | Torre Global Suite 3501 Calle 50 y Calle 58 Este Panama City, Panama Attn: Gary Lundgren | Bulk Purchase Option Fee | Contingent | $7,572,447 |
| 3. | Opcorp Aresa International, Inc. | Calle Punta Colon Punta Pacifica, Panama City, Panama, Attn: Francisco Franco | Trade Debt | | $4,787,742 |

| 4. | Kassir Development | Av. Ricardo Arango y Calle 61 Obarrio, Panama City, Panama. PO BOX 0816-01832 | Commissions | | $2,022,274 |
|---|---|---|---|---|---|
| 5. | Marvin Traub Associates | 410 Park Avenue Suite 910 New York, NY 10022 Attn: Mortimer Singer | Commissions | | $1,125,000 |
| 6. | Komco International Corp. | Av. Calle 82 No. 10-33 Piso 10, Bogota, Colombia, Attn: Martha Amaya | Commissions | Disputed (as to claim amount) | $612,760 |
| 7. | P.H. TOC | Calle Punta Colon Punta Pacifica Panama City, Panama Attn: Mark Stevenson | Pass-through Charge | | $353,499 |
| 8. | P.B. (Unit Buyer 3416) | | Purchase Deposit | Contingent | $278,711 |
| 9. | G.P. (Unit Buyer 1906) | | Purchase Deposit | Contingent | $259,900 |
| 10. | G.T. (Unit Buyer 5202) | | Purchase Deposit | Contingent | $255,000 |
| 11. | C.J. (Unit Buyer 313, 612) | | Purchase Deposit | Contingent | $247,401 |
| 12. | Z.E. (Unit Buyer 5108) | | Purchase Deposit | Contingent | $236,085 |
| 13. | F.M. (Unit Buyer 4807) | | Purchase Deposit | Contingent | $220,229 |
| 14. | K.C. (Unit Buyer 4906) | | Purchase Deposit | Contingent | $214,207 |
| 15. | P.G. (Unit Buyer S-06) | | Purchase Deposit | Contingent | $206,199 |

| | | | | |
|---|---|---|---|---|
| 16. | T.I. (Unit Buyer 4201) | | Purchase Deposit | Contingent | $203,118 |
| 17. | A.B. (Unit Buyer Of. 806, Of. 807, Of. 808) | | Purchase Deposit | Contingent | $189,000 |
| 18. | A.F. (Unit Buyer 4204) | | Purchase Deposit | Contingent | $152,070 |
| 19. | N.S. (Unit Buyer 4407) | | Purchase Deposit | Contingent | $137,528 |
| 20. | F.C. (Unit Buyer 5007) | | Purchase Deposit | Contingent | $133,900 |

\* Unit buyer name and contact information confidential for consumer privacy protection.

## SCHEDULE 3

### List of Creditors Holding the Five Largest Secured Claims

Pursuant to Local Bankruptcy Rule 1007-2(a)(5), the following is a list of creditors holding the five largest secured claims against the Debtor as of April 23, 2013.  This list was prepared based on the Debtor's books and records, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, for filing in the Debtor's chapter 11 case.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is it binding on, the Debtor.  The Debtor reserves all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt.  In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS | NATURE OF CLAIM | ESTIMATED AMOUNT OF CLAIM | ESTIMATED COLLATERAL VALUE |
|---|---|---|---|---|
| HSBC Bank USA, N.A. | 452 Fifth Avenue, New York, NY 10018 | HSBC Bank USA, N.A. serves as the Indenture Trustee for Newland International Properties, Corp. 9.50% Senior Secured Notes due 2004. | US$ 220 million plus accrued interest from Nov. 15, 2011. | The 9.50% Senior Secured Notes due 2014 are secured by a first priority security interest in all assets and properties of the Debtor.  The estimated total collateral value of the assets is undetermined at this time but is estimated to be in excess of US $220 million. |

## SCHEDULE 4

### Summary of Debtor's Assets and Liabilities

Pursuant to Local Bankruptcy Rule 1007-2(a)(6), the following are estimates of the Debtor's total assets and liabilities.  The following financial data is the latest available information and reflects the Debtor's financial condition as of March 31, 2013.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is it binding on, the Debtor.  The Debtor reserves all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt.

| | |
|---|---|
| **Total Assets (Book Value):** | US$ 302,690,372.23 |
| **Total Liabilities:** | US$ 318,798,119.26 |

## SCHEDULE 5

### Publicly Held Securities

Pursuant to Local Bankruptcy Rule 1007-2(a)(7), the following lists the number and classes of shares of stock, debentures or other securities of the Debtor that are publicly held, and the number of holders thereof as of April 23, 2013.

### *Outstanding Notes*

As of the Petition Date, approximately US$220 million, plus accrued and unpaid interest to be capitalized on the Effective Date, of Debtor's 9.50% senior secured notes due 2014, issued pursuant to that certain Indenture, dated November 7, 2007 (the "***Prepetition Senior Secured Notes***") is outstanding.  The number of beneficial holders of the Debtor's Prepetition Senior Secured Notes is unknown.

| Class | CUSIP/ISIN | Outstanding Principal Amount |
|---|---|---|
| 9.50% Prepetition Senior Secured Notes | CUSIP Nos.: 651501 AA6, P7182P AA0<br><br>ISIN Nos.: US51501AA69, USP7182PAA05 | US$220 million plus accrued and unpaid interest to be capitalized on the Effective Date. |

### *Securities Ownership*

The following table sets forth the Prepetition Senior Secured Notes beneficially held by officers and directors of Newland International Properties, Corp.

| Name of Officer or Director | Total Held |
|---|---|
| None | N/A |

## SCHEDULE 6

### Debtor's Property Held by Third Parties

Pursuant to Local Bankruptcy Rule 1007-2(a)(8), the following lists the Debtor's property, as of April 23, 2013, that is in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents, secured creditor, or agent for any such entity.

| Account Name | Account Number | Custodian | Balance of Cash |
|---|---|---|---|
| HSBC Bank (Panama), S.A. | 01-0970411-5 | HSBC Investment Corporation (Panamá), S.A. | US$ 1,427,366.50 |
| HSBC Bank (Panama), S.A. | 01-0008881-5 | HSBC Investment Corporation (Panamá), S.A. | - |
| HSBC Bank USA, N.A. | 10-880622 | | - |
| HSBC Bank USA, N.A. | 10-880623 | | - |
| HSBC Bank USA, N.A. | 10-880624 | | US$ 623,918.65 |
| HSBC Bank USA, N.A. | 10-880625 | | US$ 8,721,780.06 |
| HSBC Bank USA, N.A. | 10-880626 | | - |
| Banco General S.A. | 03-81-01-084712-0 | Assets Trust & Corporate Services Inc. | US$ 128,189.63 |
| Banco Universal S.A. | 200-60101000-04380 | Owens & Watson Trust Corp. | US$ 225,476.91 |
| Towerbank International Inc | 03-01-003050-6 | Owens & Watson Trust Corp. | US$ 2,643.08 |
| HSBC Bank (Panama), S.A.* | 01-0008887-2 | | US$ 367,025.00 |

| | | | |
|---|---|---|---|
| HSBC Bank (Panama), S.A.* | 01-0859791-6 | | US$ 336,204.99 |
| HSBC Bank (Panama), S.A.* | 01-0912916-4 | | US$ 68,200.57 |
| HSBC Bank (Panama), S.A.* | 01-0912917-2 | | US$ 697,922.73 |

*Bank account is frozen/"*en secuestro*"

## SCHEDULE 7

### Premises Owned, Leased, or Held Under Other Arrangement, From Which the Debtor Operates its Business

Pursuant to Local Bankruptcy Rule 1007-2(a)(9), the following is a list of properties or premises owned, leased, or held under other arrangement by the Debtor from which the Debtor operates its business as of April 23, 2013.  The classification of contractual arrangements listed herein as real property leases or property held under other arrangements shall not be binding on the Debtor.

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| A 3,100 square meter parcel of land on Contadora Island, in the Park Island archipelago, located approximately 72 km from Panama City. | | Owned | Originally intended for the construction and development of the Club de Playa or "Beach Club."  Changes in land-use and zoning regulations issued by local authorities now prevent the development of the Beach Club on this parcel of land.  The future use of the land is undetermined at this time. |
| TOC Unit  201[1] | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  203 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  204 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  206 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  207 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  208 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  214 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  301 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  303 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  307 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  308 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  313 | Bayloft | Owned | The unit has been sold but not closed on. |
| TOC Unit  314 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  401 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  402 | Bayloft | Owned | The unit has been sold but not closed on. |
| TOC Unit  403 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  408 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  409 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  502 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  506 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  507 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  509 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  510 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  512 | Bayloft | Owned | The unit has been sold but not closed on. Presently being |

[1]  TOC stands for the Trump Ocean Club which is located at Calle Punta Colón – Punta Pacífica, Corregimiento San Francisco, P.H., Proyecto Trump Ocean Club, Panamá, Panamá.

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| | | | rented out. |
| TOC Unit  601 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  605 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  606 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  607 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  609 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  610 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  612 | Bayloft | Owned | The unit has been sold but not closed on. |
| TOC Unit  701 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  705 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  707 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  708 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  710 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  712 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  801 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  803 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  806 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  807 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  808 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  809 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  810 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  811 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  812 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  902 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  903 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  904 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  905 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  906 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  907 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  909 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  912 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  1003 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  1004 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  1005 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  1006 | Bayloft | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  1101 | Bayloft | Owned | Bulk sale with repurchase option. |
| TOC Unit  1102 | Bayloft | Owned | Bulk sale with repurchase option. |
| TOC Unit  1104 | Bayloft | Owned | Bulk sale with repurchase option. |
| TOC Unit  1105 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  1106 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  1108 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit  1201 | Bayloft | Owned | Bulk sale with repurchase option. |
| TOC Unit  1202 | Bayloft | Owned | Bulk sale with repurchase option. |
| TOC Unit  1203 | Bayloft | Owned | Bulk sale with repurchase option. |
| TOC Unit  1204 | Bayloft | Owned | Bulk sale with repurchase option. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit 1205 | Bayloft | Owned | The unit is being offered for sale. |
| TOC Unit 1211 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1212 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1213 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1214 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1215 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1216 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1300-03 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1401 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1402 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1403 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1404 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit 1405 | Hotel Amenity | Owned | The unit, which services as a Hotel Amenity Component, |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| | Component | | is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit  1501 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit  1502 | Hotel Amenity Component | Owned | The unit, which services as a Hotel Amenity Component, is presently leased out to the Hotel TOC, Inc. for use pursuant to the Hotel Amenities Units Lease agreement by and between the Debtor and Hotel TOC, Inc. |
| TOC Unit  1601 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1603 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  1604 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1606 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1607 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1608 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1609 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1611 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1612 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1615 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1616 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1617 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1620 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1621 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1622 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1701 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1702 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1704 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  1706 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1709 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1714 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1715 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1717 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1721 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1722 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1802 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1806 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1809 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1810 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1819 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1821 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1822 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1904 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  1906 | Condo | Owned | The unit has been sold but not closed on. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  1909 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1916 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1921 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1922 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  1923 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2001 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2002 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2007 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2011 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2012 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2013 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2020 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2022 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2023 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2024 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2101 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2107 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2110 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2111 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2115 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2116 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2117 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2119 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2121 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2122 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2123 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2124 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2201 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  2204 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2205 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2209 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2210 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2213 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2215 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2217 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2219 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2221 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2223 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2224 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2301 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2304 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  2313 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2315 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2317 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2318 | Hotel | Owned | The unit is being offered for sale. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  2320 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2323 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2401 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2402 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2404 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2405 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  2407 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2409 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2412 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2415 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2416 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2417 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2418 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2419 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2423 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2424 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2425 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2504 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2507 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2511 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2512 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2513 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2515 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2516 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2517 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2518 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2520 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2521 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2522 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2523 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2525 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2526 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2602 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2608 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2611 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2613 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2614 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2615 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2617 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2618 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2619 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2620 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2623 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2625 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2626 | Hotel | Owned | The unit is being offered for sale. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  2702 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2706 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2708 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2709 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2710 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2711 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2712 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2713 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2715 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2716 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2719 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2720 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2723 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2724 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2725 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2726 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2805 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2806 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2809 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2815 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2820 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2824 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2825 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2826 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2903 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2905 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2906 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  2908 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2909 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2914 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2915 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2916 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2920 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2922 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2923 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2925 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  2926 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3001 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3003 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3007 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3008 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3012 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3017 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3019 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3020 | Hotel | Owned | The unit is being offered for sale. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  3021 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3025 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3104 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3105 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3106 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3107 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3108 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3109 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3110 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3111 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3112 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3113 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3115 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3116 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3120 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3121 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3122 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3123 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3124 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3125 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3201 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3202 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3204 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3205 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3206 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3207 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3208 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3209 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3210 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3212 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3213 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3214 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3215 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3216 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3217 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3220 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3222 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3223 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3224 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3225 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3226 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3301 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3307 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3308 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3310 | Hotel | Owned | The unit is being offered for sale. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  3311 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3313 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3314 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3315 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3316 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3317 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3318 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3320 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3321 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3325 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3326 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3402 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3403 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3404 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3405 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  3410 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3411 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3412 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3413 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3414 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3415 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3416 | Hotel | Owned | The unit has been sold but not closed on. |
| TOC Unit  3417 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3418 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3423 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3424 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3425 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3426 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3501 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3502 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3504 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3508 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3511 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3515 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3516 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3519 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3523 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3524 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3525 | Hotel | Owned | The unit is being offered for sale. |
| TOC Unit  3601 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3602 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3603 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3606 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3607 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  3608 | Condo | Owned | The unit is being offered for sale. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  3610 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3612 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  3613 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3614 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3615 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  3616 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3701 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3702 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3705 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3706 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3711 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3713 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3805 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3809 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  3810 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  3813 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3816 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3904 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3905 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3908 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3910 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  3911 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  3916 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4001 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4002 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4003 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4004 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4005 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4007 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4009 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4010 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4014 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4015 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4016 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4103 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4104 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4105 | Condo | Owned | Bulk sale with repurchase option. |
| TOC Unit  4106 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4107 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  4109 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  4110 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4111 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4201 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  4203 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4204 | Condo | Owned | The unit has been sold but not closed on. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit 4207 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit 4211 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4212 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4301 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4304 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4306 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4308 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4310 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit 4311 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4316 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4401 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4402 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4405 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4406 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4407 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit 4409 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit 4410 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit 4415 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4416 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4503 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4505 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4509 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4511 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4514 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4515 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit 4604 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4605 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4606 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4607 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4611 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4615 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4616 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4701 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4703 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4705 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4708 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4709 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit 4713 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4714 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4801 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4803 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4805 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4807 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit 4808 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit 4812 | Condo | Owned | The unit has been sold but not closed on. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  4813 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4814 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4901 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4903 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4905 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4906 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  4909 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4912 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4913 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  4914 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5003 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5004 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5006 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5007 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  5008 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  5009 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5014 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5103 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5105 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5106 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5108 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  5109 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  5111 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5113 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5114 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5202 | Condo | Owned | The unit has been sold but not closed on. |
| TOC Unit  5203 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5204 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5205 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5208 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5213 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5302 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5305 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5311 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5313 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5403 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5406 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5409 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5411 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5412 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5503 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5505 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5506 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5507 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5509 | Condo | Owned | The unit is being offered for sale. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  5510 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  5512 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5603 | Condo | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  5604 | Condo | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  5605 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5606 | Condo | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  5607 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5610 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5611 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5612 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5702 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5703 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5704 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5705 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5706 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5707 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5708 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5710 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5802 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5803 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5804 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5805 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5806 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5807 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5809 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5812 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5902 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5903 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5906 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  5909 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6002 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6003 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6005 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6103 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6105 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6106 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6107 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6108 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6109 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6110 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6202 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6204 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6206 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6208 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6210 | Condo | Owned | The unit is being offered for sale. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  6303 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6304 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6306 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6307 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6402 | Condo | Owned | The unit, presently rented out, is being offered for sale. |
| TOC Unit  6403 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6404 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6406 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6502 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6503 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6504 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6505 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6506 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6507 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6601 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6602 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6603 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  6604 | Condo | Owned | The unit is being offered for sale. |
| TOC Unit  Floor 100 | Casino | Owned | The unit is being offered for sale. |
| TOC Unit  Floor 1300 | Spa | Owned | The unit is being offered for sale. |
| TOC Unit  Of. 806 | Office | Owned | The unit has been sold but not closed on. |
| TOC Unit  Of. 807 | Office | Owned | The unit has been sold but not closed on. |
| TOC Unit  Of. 808 | Office | Owned | The unit has been sold but not closed on. |
| TOC Unit  Of. 809 | Office | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  Of. 906 | Office | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  R-01A | Restaurant | Owned | The unit is being offered for sale. |
| TOC Unit  R-01B | Restaurant | Owned | The unit is being offered for sale. |
| TOC Unit  S-02 | Commercial | Owned | Bulk unit sold with repurchase option. The unit is presently rented out. |
| TOC Unit  S-03 | Commercial | Owned | Bulk unit sold with repurchase option. The unit is presently rented out. |
| TOC Unit  S-04 | Commercial | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  S-06 | Commercial | Owned | Bulk unit sold with repurchase option. The unit is presently rented out. |
| TOC Unit  S-10 | Commercial | Owned | Bulk unit sold with repurchase option. The unit is presently rented out. |
| TOC Unit  S-11 | Commercial | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  S-12 | Commercial | Owned | Bulk unit sold with repurchase option. The unit is presently rented out. |
| TOC Unit  S-18 | Commercial | Owned | Bulk unit sold with repurchase option. |
| TOC Unit  S-21 | Commercial | Owned | Bulk unit sold with repurchase option. The unit is presently rented out. |
| TOC Unit  S-23 | Commercial | Owned | Bulk unit sold with repurchase option. |

| Premises Location | | Nature of Debtor's Property Interest | Usage |
|---|---|---|---|
| TOC Unit  S-25 | Commercial | Owned | Bulk unit sold with repurchase option. The unit is presently rented out. |

# SCHEDULE 8

### Location of Debtor's Substantial Assets, Books and Records, and Non-U.S. Assets

Pursuant to Local Bankruptcy Rule 1007-2(a)(10), the following is a list of the location, value, and nature of the Debtor's substantial assets, books and records, and the nature, location, and value of any assets held by the Debtor outside of the territorial limits of the United States as of April 23, 2013.

| | |
|---|---|
| **Substantial Assets** | Cash in the bank accounts located in New York, New York as set forth in **Schedule 6**, totaling $9,345,698.71. |
| **Books and Records** | Calle Punta Colón – Punta Pacífica<br>Corregimiento San Francisco, P.H.<br>Proyecto Trump Ocean Club<br>Panama, Republic of Panama<br><br>Avenida Calle 82 No. 10-33<br>Of. 1001<br>Bogotá, Colombia |
| **Non-U.S. Assets** | Non-U.S. Assets include:<br>• Cash in the Panamanian bank accounts as set forth in **Schedule 6**, totaling $3,253,029.41; of this amount, $1,572,470.40 is currently frozen/"*en secuestro*"<br>• 69 bayloft units at an estimated value of $34,736,969.00;<br>• the Casino at an estimated value of $32,000,000.00;<br>• 11 commercial units at an estimated value of $10,364,506.00;<br>• 255 condominium units at an estimated value of $155,459,601.00;<br>• 14 Hotel Amenity Component units at an estimated value of $15,503,854.00;<br>• 202 hotel units at an estimated value of $75,205,493.00;<br>• 5 office units at an estimated value of $1,155,504.00;<br>• 2 restaurant units at an estimated value of $1,500,000.00; and<br>• a spa at an estimated value of $3,450,000.00. |

**SCHEDULE 9**

**Pending Litigation**

Pursuant to Local Bankruptcy Rule 1007-2(a)(11), the following is a list of the nature and present status of each action or proceeding, pending or threatened, against the Debtor and its properties, where a judgment against the Debtor or a seizure of its property may be imminent as of April 15, 2013. This list reflects actions or proceedings considered material by the Debtor.

| Name of Case | Type of Proceeding | Court and Location | Brief Description and Status |
|---|---|---|---|
| *Panama Circuit Salvador Gomez Saab and Ocean Trump 4105 Investment Corp. v. Homes Real Estate Investment Services Inc. and Newland International Properties, Corp.* | Civil | First Superior Court of Justice, Republic of Panama | • On Nov. 23, 2010, Civil Court 11 in the Panama Circuit rendered a judgment and acquitted Newland.  Plaintiffs appealed the decision and sought to present further evidence on appeal.<br>• The First Superior Court of Justice rendered a decision on Sept. 12, 2012, barring the additional evidence.<br>• The case is pending final resolution. |
| *Leonel Ruiz and Ocean Trump 2101 Investment Corp.  v. Homes Real Estate Investment Services, Inc. and Newland International Properties, Corp.* | Civil | Civil Court 6, Republic of Panama | • On Dec. 31, 2011, the court ordered a seizure of a bank account held at HSBC Bank (Panama) S.A.<br>• The case is presently in the evidence-gathering stage. |
| *Sila Salloum, Karen Ferrin-Bueno and Salloum Investment Corp v. Homes Real Estate Investment Services Inc. and Newland International Properties, Corp.* | Civil | First Superior Court of Justice, Republic of Panama | • On Mar. 31, 2011, Civil Court 7 acquitted Newland and convicted Homes Real Estate Investment Services, Inc. ("**Homes**") as the entity which actually received the contested funds, but did not require Homes to pay any costs in favor of Newland.  Both Newland and the plaintiff appealed the decision on different grounds.<br>• The First Tribunal Superior of Justice admitted the plaintiff's submitted evidence and a decision was rendered.  The plaintiff appealed the decision and Newland opposed the appeal.<br>• The case is pending final resolution. |

| Name of Case | Type of Proceeding | Court and Location | Brief Description and Status |
|---|---|---|---|
| *Gonzalo Martinez v. Newland International Properties, Corp.* | Civil | Civil Court 17, Republic of Panama | • In August 2012, Civil Court 17 declared that Newland breached the contract relating to the delivery of Unit 1005 of the Trump Building and ordered that Newland pay US$143,080.01 in judgment, plus interest in the amount of US$8,212.76 and costs in the amount of US$27,462.<br>• On Sept. 6, 2012, Newland appealed.<br>• On Sept. 13, 2012, plaintiff presented its opposition to Newland's appeal.<br>• The case is pending resolution of the appeal. |
| *Daniel Casper v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending final resolution. |
| *Freddy Osorio v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending a decision in the first instance. |
| *TOC 1606, S.A. v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of contract lawsuit.<br>• The case is scheduled for final hearing on June 17, 2013. |
| *Ocean Trump 2903 Investment Corp. v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of contract lawsuit.  Case was appealed.<br>• The case is presently pending and awaiting a preliminary hearing date. |
| *Ocean Trump 3501 Investment Corp. v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • The case is presently pending. |
| *Ocean Trump 5004 Investment Corp v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of contract lawsuit.<br>• The case is scheduled for final hearing on May 20, 2013. |
| *Elle Chloe Foundation v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is presently in the evidence-gathering stage. |

| Name of Case | Type of Proceeding | Court and Location | Brief Description and Status |
|---|---|---|---|
| *Eduardo Antonio Ojeda v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending final resolution. |
| *Ritoli Foundation v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending a decision in the first instance. |
| *Antonio Escudero Martinez v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of contract lawsuit.<br>• The case is presently in the evidence-gathering stage. |
| *Korbel Properties Inc. v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit. Plaintiff is preparing to amend its complaint after which the case may proceed.<br>• The case is pending. |
| *Alexei Skvortsov v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• On Feb. 27, 2013, Civil Court 8 rendered a decision in favor of Newland.  The movant is expected to appeal.<br>• The case is pending entry of the Civil Court's decision. |
| *Oxana Promachenko v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending and awaiting a final hearing date. |
| *Aida Madelaine Egues Garcia v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of contract lawsuit.<br>• The case is presently in the evidence-gathering stage. |
| *Michael Duane Odegard v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 9, Republic of Panama | • Breach of sale commitment lawsuit.<br>• The case is pending final decision. |
| *Marcos Ommati and Rocio Sanchez v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending. |

| Name of Case | Type of Proceeding | Court and Location | Brief Description and Status |
|---|---|---|---|
| *Randall Jay Creel and Ivonne Creel v. Newland International Properties, Corp.* | Civil | Civil Court 15, Republic of Panama | • Breach of contract lawsuit.<br>• The case is presently in the evidence-gathering stage. |
| *Ocean Trump 1910 v. Newland International Properties, Corp.* | Civil | Civil Court 12, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending final decision. |
| *Ocean Trump CH 2411 Investment Corp. v. Newland International Properties, Corp.* | Civil | First Superior Court of Justice, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending final decision. |
| *Julia Olmos v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending. |
| *Satyender Khanna v. Newland International Properties, Corp.* | Civil | Civil Court 15, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending. |
| *Trump Ocean Club CH 1709 v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending. |
| *Trump Ocean Club 3602 v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Breach of contract lawsuit.<br>• The case is pending. |
| *Trump Ocean Club 4813 Investment v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Annulment of contract lawsuit.<br>• The case is pending. |
| *Trump Ocean 3401 Inc. v. Newland International Properties, Corp.* | Consumer Protection | Civil Court 8, Republic of Panama | • Annulment of contract lawsuit.<br>• The case is pending. |

## SCHEDULE 10

### Senior Management

Pursuant to Local Bankruptcy Rule 1007-2(a)(12), the following provides the names of the individuals who constitute the Debtor's existing senior management, their tenure with the Debtor and a brief summary of their responsibilities and relevant experience as of April 23, 2013.

| Name and Title | Age | Relevant Experience | Tenure |
|---|---|---|---|
| Carlos Saravia, Chief Operating Officer | 64 | Since 1999, Mr. Saravia has been a member of Arias, Serna y Saravia, S.A. ("*AS&S*") where he has managed several developments in the hospitality and real estate industries.  Prior to joining AS&S, Mr. Saravia served as the Chief Executive Officer of Brink's de Colombia, Domesa de Colombia and Procesos & Canje.  He has also served as the chief financial officer for other major Colombian companies, including Skandia Insurances of Colombia and Grancolombiano Financial Group.  In the past 10 years, Mr. Saravia has served on the board of directors for a number of financial, insurance and telecommunication businesses.<br><br>Mr. Saravia joined Newland International Properties, Corp. ("*Newland*") in March 2006 and was appointed Chief Operating Officer through which he is responsible for overseeing the Debtor's financial, legal, commercial and construction departments. | 7 years, 2 months |
| Catalina Rodriguez, Chief Financial Officer | 33 | Ms. Rodriguez, an economist, joined Newland in January 2008 and presently serves as the Chief Financial Officer.  She is responsible for overseeing the Debtor's treasury, accounting, collection and financial planning departments.  Prior to joining Newland, Ms. Rodriguez served as finance director, treasury director and financial planner for various companies in the construction industry. | 5 years, 4 months |

| | | | |
|---|---|---|---|
| Cecilia Sucre, General Counsel | 39 | Ms. Sucre joined Newland in December 2012, serving as Newland's General Counsel.  In her capacity as General Counsel, Ms. Sucre is responsible for overseeing the issuance of deeds, the drafting and management of contracts and leases that Newland is a party to, insurance matters, claims and litigations and to provide other general legal advice.  Moreover, she serves as the liason between Newland and its outside counsel.  From 2009-2012, Ms. Sucre served as the Legal Director of the Panamanian National Customs Authority.  Prior to that, she was a Partner at the law firm of Secure, Briceño & Co. where she worked for 11 years. | 5 years |
| Rosella Violi, Sales Director | 40 | Ms. Violi joined Newland in May 2006 as an administrative assistant to Mr. Saravia, overseeing Newland's legal and commercial matters relating to the strategic development of Trump Ocean Club Panama.  In November 2007, Ms. Violi joined the Trump Ocean Club's Sales and Marketing division as Sales Director where she remains to date.  In her capacity as Newland's Sales Director, Ms. Violi is responsible for overseeing the sales process, marketing, collections, the closing process for any units sold and to maintain client relationships.  Prior to joining Newland, Ms. Violi served as the Managing Direcotr for other developmetns in Bogota, Colombia and worked as the Logistics Manager for Philips Latin America from 1998-2003. | 7 years |

## SCHEDULE 11

**Payroll**

Pursuant to Local Bankruptcy Rules 1007-2(b)(1)-(2)(A) and (C), the following provides the estimated weekly payroll to Debtor's employees (not including officers, directors, and stockholders), and the estimated amount to be paid to officers, directors, stockholders, and financial and business consultants retained by the Debtor, for the thirty (30) day period following commencement of the Debtor's chapter 11 case.

| Group | Estimated Amount to be Paid Per Week |
|---|---|
| **Employees (Not Including Officers, Directors and Stockholders)** | US$ 15,427 |
| **Officers, Stockholders and Directors** | US$ 11,489 |
| **Financial and Business Consultants** | US$1,250 |
| *TOTAL WEEKLY ESTIMATE* | US$ 28,166 |
| *TOTAL ESTIMATE DURING THE FIRST 30 DAYS* | US$ 112,664 |

## SCHEDULE 12

### Estimated Cash Receipts and Disbursements, Net Cash Gain or Loss, and Unpaid Obligations and Receivables Expected to Accrue But Remain Unpaid

Pursuant to Local Bankruptcy Rule 1007-2(b)(3), the following provides, for the thirty (30) day period following commencement of the chapter 11 case, the Debtor's estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

| Description | Estimated Amount |
|---|---|
| **Cash Receipts** | US$ 2,657,468.00 |
| **Cash Disbursements** | US$ 1,696,000.00 |
| **Net Cash Gain (Loss)** | US$ 961,468.00 |
| **Accrual (Decrease) of Unpaid Obligations** | US$ 156,000.00 |
| **Accrual (Decrease) of Unpaid Receivables** | US$ 842,532.50 |