UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                       :

*In re*                                          :      Chapter 11

NEWLAND INTERNATIONAL,          :      Case No. 13-11396 (MG)
PROPERTIES CORP,

          Debtor.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Hotel TOC, Inc. ("TOC") and the Owners Meeting of the P.H. TOC ("Owners Meeting"), by and through their counsel, Cohen Tauber Spievack & Wagner P.C., hereby request that all notices given or required to be given in the above-captioned chapter 11 cases, and all papers served or required to be served in these cases, be given to and served upon the following parties:

> Joseph M. Vann
> Andrew L. Buck
> COHEN TAUBER SPIEVACK & WAGNER P.C.
> 420 Lexington Avenue, Suite 2400
> New York, New York 10170
> Telephone:   (212) 586-5800
> Facsimile:   (212) 586-5095
> E-Mail:   jvann@ctswlaw.com
>             abuck@ctswlaw.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to: (a) the above-captioned debtor (the "Debtor"); (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of TOC and Owners Meeting: (1) to have final orders in non-core matters entered only after de novo review by a district court judge; (2) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which TOC and Owners Meeting are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  April 30, 2013
        New York, New York

COHEN TAUBER SPIEVACK & WAGNER P.C.

*/s/ Andrew L. Buck*
Joseph M. Vann
Andrew L. Buck
420 Lexington Avenue, Suite 2400
Telephone:  (212) 586-5800
Facsimile:  (212) 586-5095

*Counsel for Hotel TOC, Inc. and the Owners Meeting of the P.H. TOC*

{00181243.DOCX; 1}