David M. Friedman  
Daniel A. Fliman  
Nii-Amar Amamoo  
KASOWITZ, BENSON, TORRES  
 & FRIEDMAN LLP  
1633 Broadway  
New York, New York 10019  
Telephone: (212) 506-1700  
Facsimile: (212) 506-1800  

*Attorney for Trump Marks Panama LLC,*  
*Trump Panama Hotel Management, LLC, and*  
*Trump Panama Condominium Management LLC*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
-------------------------------------------------------x  
In re                                                    :  
                                                         :    Chapter 11  
**NEWLAND INTERNATIONAL**                                :  
**PROPERTIES, CORP**                                     :  
                                                         :    Case No. 13-11396 (MG)  
                        Debtor.                          :  
-------------------------------------------------------x  

## CERTIFICATE OF SERVICE

NII-AMAR AMAMOO, an attorney admitted to practice before this Court, certifies under penalty of perjury, that true copies of the *Trump Parties' Joinder to Debtor's Motion for Authority to File under Seal Confidential Information Contained in Plan Supplement* [Docket No. 47], was served on May 13, 2013, via Electronic Mail Delivery and First Class Mail, upon the parties listed on the annexed **Exhibit A**:

Dated: May 14, 2013  
New York, New York  

/s/ Nii-Amar Amamoo  
Nii-Amar Amamoo

## EXHIBIT A

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Attn: J. Eric Wise, Esq.<br>         Shira D. Weiner, Esq.<br>ewise@gibsondunn.com<br>sweiner@gibsondunn.com | Chadbourne & Park LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Attn: Marian Baldwin Fuerst, Esq.<br>mbaldwin@chadbourne.com |
| Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: John R. Ashmead, Esq.<br>ashmead@sewkis.com | Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street<br>New York, NY 10004<br>Attn: Serene Nakano<br>serene.nakano@usdoj.gov |