**GIBSON, DUNN & CRUTCHER LLP**
J. Eric Wise
Shira D. Weiner
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
IN RE: : Chapter 11
: 
NEWLAND INTERNATIONAL : Case No. 13-11396 (MG)
PROPERTIES, CORP., :
: 
Debtor. :
: 
---------------------------------------------------------------x

### NOTICE OF CANCELLATION OF HEARING SCHEDULED
### FOR MAY 22, 2013 AT 9:00 A.M. (PREVAILING U.S. EASTERN TIME)

**PLEASE TAKE NOTICE** that the hearing originally scheduled for May 22, 2013 at 9:00 a.m. (prevailing U.S. Eastern time) before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York located at Courtroom 501, One Bowling Green, New York, New York 10004 (the "*Hearing*") is hereby cancelled.

**PLEASE TAKE FURTHER NOTICE** that the matter scheduled for consideration at the Hearing in the above-captioned Chapter 11 Case is now uncontested and a consent order will be entered resolving the matter. **Accordingly, the Hearing has been cancelled**.

I.    **RESOLVED MATTERS:**

1. Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Confidential Plan Supplement Documents [Docket No. 35]

    Objection Deadline:            May 13, 2013 at 12:00 p.m.

Responses Filed:

A. United States Trustee's Objection to Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Confidential Plan Supplement Documents [Docket No. 44]

B. Trump Parties' Joinder to Debtor's Motion for Authority to File Under Seal Confidential Information Contained in Plan Supplement [Docket No. 47]

Reply Deadline:     May 15, 2013 at 12:00 p.m.

A. Debtor's Reply to United States Trustee's Objection to Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Confidential Plan Supplement Documents [Docket No. 52]

B. Joinder of Steering Group to Debtor's Motion for Authority to File Under Seal Confidential Information Contained in Plan Supplement, and to The Debtor's Reply [Docket No. 56]

Related Documents:

A. Debtor's *Ex Parte* Motion for Entry of an Order Shortening Notice Period with Respect to the Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Confidential Plan Supplement Documents [Docket No. 36]

B. Order Shortening Notice Period with Respect to the Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Confidential Plan Supplement Documents [Docket No. 40]

C. Notice of Supplement to Reply to United States Trustee's Objection to Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Confidential Documents [Docket No. 60]

**Status:  A consent order will be entered resolving the above matter.**

Dated: May 21, 2013
       New York, New York

Respectfully submitted,

/s/ J. Eric Wise

J. Eric Wise
Shira D. Weiner
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ATTORNEYS FOR THE DEBTOR AND DEBTOR
IN POSSESSION

3