# NEWLAND INTERNATIONAL PROPERTIES, CORP.

Proposed Directors and Officers of Reorganized Debtor

The directors and officers of the Reorganized Debtor shall be comprised of the following persons:

**Directors:**

| Name and Title | Age | Relevant Experience | Tenure | Annual Compensation |
|---|---|---|---|---|
| Roger Khafif | 57 | Mr. Khafif graduated from Southern Tech University, Atlanta, Georgia, in 1978.  From 1978 to 1981 he worked as a textile engineer in one of the most important textile mills in Guatemala.  In 1981 he returned to Panama, where he has lived ever since.  In Panama, Mr. Khafif is a partner in 2 companies located in the Colon Free Zone: Kedco Fashion Corp, and Rafkas Imp/Exp.  Mr. Khafif is currently developing the Coronado Country Club resort on the beaches of Coronado, one hour from Panama City, at a cost of some $60 million.  He is also developing a project for $9,000,000 on Isla Contadora, located 30 miles off the coast of Panama City, named Emerald Bay.  He is the President of K-Group Developers, one of the strategic partners in the development of the Trump Ocean Club International Hotel & Tower ® ("*Trump Ocean Club*").<br><br>Roger Khafif is an "insider" and a shareholder of Newland International Properties, Corp. ("*Newland*" or the "*Debtor*"). | 7 Years, 5 months | Not subject to any payment or compensation |

| | | | | |
|---|---|---|---|---|
| Eduardo Saravia | 62 | Mr. Saravia is the founding partner and CEO of Arias, Serna & Saravia SAS ("*Arias*"), which is a company that in the last 30 years has established itself as one of the most important architecture firms in Colombia. As CEO, he is in charge of the integral development on several well-known projects in Colombia as he supervises that the firm's style is characterized by taking care in their final product.<br>Mr. Saravia is a graduate of Universidad de los Andes (1976), where he also took postgraduate studies in civil engineering, and has wide experience in the execution of construction projects. | 7 Years, 5 months | Not subject to any payment or compensation |
| Nadiuska Lopez de Abood | 38 | Ms. Abood obtained her LLB from Santa Maria La Antigua University and has been admitted to practice law in Panama since 1997. Ms. Abood holds a Master Degree in International Banking and Finance Law with emphasis in Securities Regulation from Boston University (Massachusetts, USA, 1998).<br><br>Ms. Abood has been legal advisor of well-known local and international financial groups. She was one of the professionals who assisted to create the securities law and regulations of the Republic of Panama. She worked in the National Securities Commission from 2000 to 2003. While working in the Commission, she served as National Director of Market and Intermediaries, National Director of Securities Registry and she was also appointed Commissioner Ad Interim several times. Ms. Abood also was a member of the committee representing the Republic of Panama in the negotiation of the Free Trade Agreements to be signed by Panama with (i) Central America; (ii) Costa Rica; and (iii) Taiwan. From 2003 to 2005, she was part of the Morgan & Morgan Group of Companies, acting as Legal Manager of MMG Bank Corporation and MMG | 6 years | Paid through ADURAL firm monthly invoices. |

2

|  |  | Fund Services Inc, and Director of MMG Fund Services Inc and MMG Fund Services (Panama).  From 2005 to 2010, she was an Associated Attorney of Sucre, Arias & Reyes supervising the business and financial division (Securities, Insurance, Banking and Corporate Law).  Ms. Abood became a partner of Adames, Duran Alfaro & Lopez ("*ADURAL*") in July 2010.  She is a member of the National Bar Association of Panama and the Society of Trust and Estate Practitioners (STEP) (Co-Founder of the Panamanian Chapter). |  |  |
|---|---|---|---|---|

**Officers:**

| Name and Title | Age | Relevant Experience | Tenure | Annual Compensation |
|---|---|---|---|---|
| Carlos Saravia, Chief Operating Officer | 64 | Since 1999, Mr. Saravia has been a member of Arias, Serna y Saravia, S.A. ("*AS&S*") where he has managed several developments in the hospitality and real estate industries.  Prior to joining AS&S, Mr. Saravia served as the Chief Executive Officer of Brink's de Colombia, Domesa de Colombia and Procesos & Canje.  He has also served as the chief financial officer for other major Colombian companies, including Skandia Insurances of Colombia and Grancolombiano Financial Group.  In the past 10 years, Mr. Saravia has served on the board of directors for a number of financial, insurance and telecommunication businesses.<br><br>Mr. Saravia joined Newland in March 2006 and was appointed Chief Operating Officer through which he is responsible for overseeing the Debtor's financial, legal, commercial and construction departments. | 7 years, 2 months | He is being paid in Colombian Pesos.<br><br>Approximately US$ 120,000 per year. |

3

| | | | | |
|---|---|---|---|---|
| Catalina Rodriguez, Chief Financial Officer | 33 | Ms. Rodriguez, an economist, joined Newland in January 2008 and presently serves as the Chief Financial Officer. She is responsible for overseeing the Debtor's treasury, accounting, collection and financial planning departments. Prior to joining Newland, Ms. Rodriguez served as finance director, treasury director and financial planner for various companies in the construction industry. | 5 years, 4 months | She is being paid in Colombian Pesos through Arias Serna y Saravia. Approximately US$ 85,000 per year. |
| Cecilia Sucre, General Counsel | 39 | Ms. Sucre joined Newland in December 2012, serving as Newland's General Counsel. In her capacity as General Counsel, Ms. Sucre is responsible for overseeing the issuance of deeds, the drafting and management of contracts and leases that Newland is a party to, insurance matters, claims and litigations and to provide other general legal advice. Moreover, she serves as the liaison between Newland and its outside counsel. From 2009-2012, Ms. Sucre served as the Legal Director of the Panamanian National Customs Authority. Prior to that, she was a Partner at the law firm of Secure, Briceño & Co. where she worked for 11 years. | 5 years | US$ 48,000.00 |
| Rosella Violi, Sales Director | 40 | Ms. Violi joined Newland in May 2006 as an administrative assistant to Mr. Saravia, overseeing Newland's legal and commercial matters relating to the strategic development of Trump Ocean Club Panama. In November 2007, Ms. Violi joined the Trump Ocean Club's Sales and Marketing division as Sales Director | 7 years | She is being paid in Colombian Pesos through Arias Serna y Saravia. Approximately |

4

| | where she remains to date.  In her capacity as Newland's Sales Director, Ms. Violi is responsible for overseeing the sales process, marketing, collections, the closing process for any units sold and to maintain client relationships.  Prior to joining Newland, Ms. Violi served as the Managing Director for other developments in Bogota, Colombia and worked as the Logistics Manager for Philips Latin America from 1998-2003. | | US$ 85,000. |

5