**AFECTADOSTOCPANAMA**  Panama City, Panama May 21st 2013
Valeria L. Picchi
Panama City
Republic of Panama
Representative of AFECTADOSTOCPANAMA
and Representative of Trump Ocean 3602 Investment Corp.

To:

OFFICE OF THE UNITED STATES TRUSTEE SOUTHERN DISTRIC OF NY
TRACY HOPE DAVIS
Attn: SERENE K. NAKANO
33 Whitehall Street
21st Floor
New York, New York 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
IN RE:
NEWLAND INTERNATIONAL        Chapter 11 Case No. 13-11396 (MG)
PROPERTIES, CORP.,

DEBTOR
-----------------------------------------------------------------

On behalf of myself and other buyers/consumers of the **Trump Ocean Club** project located in Panama City Republic of Panama:

I write to you today in an attempt to present a virtual OBJECTION to the case that has been petitioned and presented to the United States Bankruptcy Court of New York by the DEBTOR, understanding that the deadline to file such an OBJECTION is today, May 21st 2013, at 4pm (Eastern Time).

I am aware that this does not constitute a formal objection but I feel it is important to inform you of why we object to the plan and hence the purpose of this letter.

Our OBJECTION is presented on the basis of the following points:

1. On April 30, 2013 the Debtor filed a voluntary Petition and prepackaged case pursuant to Chapter 11 of the Bankruptcy Code. This petition was published in USA Today on May 9th 2013 and the OBJECTION deadline was set for May 21st.

RECEIVED
MAY 2 2 2013
U.S. BANKRUPTCY COURT, SDNY

This incredibly short amount of time did not allow for any of us to be able to prepare a formal OBJECTION especially considering that this notice was not published in Panama and the majority of people who are not directly involved with the DEBTOR and/or its counsel are unaware of such filing.

**We believe that the DEBTOR and its counsel have taken advantage of the geographical distance and lack of communication channels between the US and Panama, and hence, have prepared and presented the plan and even set forth the OBJECTION deadline completely unbeknownst to many of us here who have current litigations with the DEBTOR, therefore making it virtually impossible for anyone in our position to prepare and present a formal objection considering lack of time, language barriers, geographical distances, and cost differences.**

2. There are many people in Panama who have been affected by this Project and who are presently in litigation with the DEBTOR.
   Most notably and evident the reason being the DEBTOR'S breach of contract as claimed by the litigants, but also, perhaps not as evident but just as important, the perceived misleading by the Trump Organization as sensed by many of the buyers who believed they were buying into the Trump brand and its standards and who were later faced with a much different reality.
   **Those of us in that position feel we should have the right to know what the consequences and impact of the Court's decisions will have on our presently running litigations and also feel we should be considered and listed as unsecured creditors of the DEBTOR.**
   Furthermore, we feel we should have the right to know what is being presented to the Court and also a right to participate in the hearings and proceedings regarding the case, given that we also have capital invested in the project and have otherwise no way of knowing what will happen once the Court rules on the case.

3. We feel that this was all done in many ways "behind the backs" of basically a whole country and specifically of those of us who are still presently in litigation with the DEBTOR, and we believe it demonstrates a **LACK OF GOOD FAITH** in the way the DEBTOR has handled this situation.

   In addition, we understand that there was a petition by the DEBTOR to present material under a seal of "Confidentiality" which we feel, further suggests a perceived **lack of TRANSPARENCY and INTEGRITY** that the DEBTOR and its counsel seem to be operating under.

   **Hence we feel we should have the opportunity to participate in the case and be represented by local council in order to be able to protect our rights and interests in this matter.**

For these reasons we felt it was important to present this note to the Office of the Trustee and the Court in the hopes that it will be taken into consideration and also to serve as a basis for the PROOF OF CLAIM we plan to file in the next several weeks on behalf of affected buyers and consumers not only in Panama but also in Miami, NY and other cities around the world.

Finally we would like to respectfully request that notices be sent to us regarding deadlines imposed for filing Proofs of Claims and any other such dates that may be relevant in the process in order to be able to prepare accordingly.

We thank you for your attention and consideration, and hope that the Court understands that we have been kept in the dark about this whole thing when it clearly should not have been the case.

Respectfully submitted,

*Valentina Picchi*

Valeria L. Picchi
AFECTADOSTOCPANAMA
Panama City
Republic of Panama
AfectadosTocPanama@hotmail.com
(507) 832-0166